AO9 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

FILED
2002 JUN 13 AM 9: 27
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES OF AMERICA

V.

**MARIO MACHADO**

**CRIMINAL COMPLAINT**

CASE NUMBER: MAG. 02-2114-M-PAL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 09/14/1996 in Clark county, in the _____ District of Nevada defendant(s), did:
(Track Statutory Language of Offense)

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Mexico or other areas not currently known after committing the crimes of Murder with a Deadly Weapon, Attempt Murder with a Deadly Weapon, Burglary with Use of a Deadly Weapon, Conspiracy to Commit Robbery, and Possession of Stolen Vehicle (three counts). These are felonies under the laws of the state of Nevada, Nevada Revised Statutes (NRS) 200.030, 200.030, 205.060, 200.380, and 205.273.

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Task Force Officer and that this complaint is based on the following facts:
On 09/14/1996 at approximately 12:09 am., the Las Vegas Metropolitan Police Department (LVMPD) received a 911 emergency call from 761 Palo Verde Circle, #2, Las Vegas, Nevada. A young juvenile reported that a robbery and a stabbing had just occurred at that location and was requesting assistance. The LVMPD, through their investigation, determined that a female adult had been stabbed and later died at University Medical Center. A young juvenile was also stabbed inside the apartment. The investigation developed Joe Martinez and Mario Machado as the suspects who committed the crimes.

On 06/18/1997, Judge Tony Abbatangelo issued an arrest warrant (#96F05961X-no bail) charging Machado with Murder with a Deadly Weapon, Attempt Murder with a Deadly Weapon, Burglary with Use of a Deadly Weapon, Conspiracy to Commit Robbery, and Possession of Stolen Vehicle (3 counts). Extensive efforts by the LVMPD to locate Machado in Las Vegas have been unsuccessful. Homicide Detective Mikolainis spoke to Machado's brother, Jorge Machado, who advised he had not seen his brother since the date of the homicide and did not know his whereabouts. Normal check through law enforcement databases have failed to locate Machado in the state of Nevada. For this reason, it is believed that the defendant committed the crimes mentioned above in

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

By _____

6/13/02 _____ at

Date
**PEGGY A. LEEN**
**U.S. MAGISTRATE JUDGE**

Name & Title of Judicial Officer

SERGEANT TED LEE
Task Force Officer
Las Vegas, Nevada

Las Vegas, Nevada
City and State

_____
Signature of Judicial Officer

the state of Nevada and has traveled to Mexico and/or other locations currently not known.